•

## John Schultz for use of R. J. Whitlock, Appellee, v. Home Insurance Company of New York, Appellant.

### Gen. No. 22,844.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the October term, 1916. Reversed and judgment here. Opinion filed April 16, 1917.

### Statement of the Case.

Action by John Schultz for the use of R. J. Whitlock, plaintiff, against the Home Insurance Company of New York, defendant, to recover on a policy of fire insurance issued to said Schultz on a building being constructed for him, and assigned by said Schultz to said R. J. Whitlock, an agent of another insurance company which settled for the loss under a policy in favor of the contractor with the latter. From a judgment for plaintiff for $798.50, defendant appeals.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellant; CLYDE E. SHOREY and FRED BARTH, of counsel.

BROTHERS & FAIRFIELD, for appellee; FRANK M. FAIRFIELD, of counsel.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE, § 86*—*what is nature of contract of fire insurance.* A contract for fire insurance is a contract of indemnity, and the insured is not entitled to compensation when he has suffered no loss or damage.

2. INSURANCE—*when owner is not entitled to compensation for loss of building during course of construction.* In an action by

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

the owner of a building to recover on a fire insurance policy issued upon a building in course of construction, where the owner took out insurance with defendant, and the contractor also insured the building in his own name but with another company, and a fire occurred before the completion of the building, and the appraisers for the company who had insured the building for the contractor appraised the damage, and paid the amount to the contractor, and at the same time plaintiff assigned his policy to the party for whose use the suit in question was brought, he being the agent of the company who insured the building in favor of the contractor, and the contractor repaired the damage caused by the fire and used therefor nearly all of the money received under his policy, and, upon completion of the building, the full contract price was paid to the contractor, and the owner suffered no loss through the fire and made no claim under his policy, *held* that the insured was not entitled to compensation, as he had suffered no loss or damage.

---

## Albert Fritz, Appellant, v. Chicago Railways Company, Appellee.

### Gen. No. 22,849.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Albert Fritz, plaintiff, against the Chicago Railways Company, defendant, to recover damages for injuries sustained in a collision between an automobile in which he was riding and one of defendant's street cars. From a judgment for $300 in his favor, plaintiff appeals.

LITZINGER, McGURN & REID, for appellant.

FRANK L. KRIETE, for appellee; J. R. GUILLIAMS and JOSEPH D. RYAN, of counsel.